IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK MUTUAL INSURANCE CO., | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 15-0764 |
| KP CONSTRUCTION D/B/A MARK KATONA ROOFING, TEPPER PROPERTIES, INC., and JOHN PERNA, | : : : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this   20th   day of May, 2015, upon consideration of Defendant, Tepper Properties, Inc.'s, Motion to Dismiss for Lack of Jurisdiction (Doc. No. 4), and Plaintiff, Frederick Mutual Insurance Co.'s, Response, it is hereby **ORDERED** that the Motion is **DENIED**.

BY  THE  COURT:


 /s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE