IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK MUTUAL INSURANCE CO., | : <br> : <br> : CIVIL ACTION <br> : |
| Plaintiff, | : <br> : |
| v. | : No. 15-0764 <br> : |
| KP CONSTRUCTION D/B/A MARK KATONA ROOFING, TEPPER PROPERTIES, INC., and JOHN PERNA, | : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**ORDER**

AND NOW, this 15th day of June, 2015, upon consideration of Defendants, KP Construction and John Perna's, Motion to Dismiss for Lack of Jurisdiction (Doc. No. 10), and Plaintiff, Frederick Mutual Insurance Co.'s, Response, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE